IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, </br> on behalf of plaintiff and a class, </br> </br> Plaintiff, </br> </br> v. </br> </br> INTERMOUNTAIN PRINT FINISHING, INC., </br> formerly known as INTERMOUNTAIN </br> COATING, INC., and JOHN DOES 1-10, </br> </br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | 13 C 1677 </br> </br> Judge Bucklo </br> Magistrate Judge Valdez |

**NOTICE OF SETTLEMENT**

Plaintiff Able Home Health, LLC and defendant Intermountain Print Finishing, Inc. have agreed to resolve this case on an individual basis. The parties anticipate filing a stipulation of dismissal within the next 30 days.

Dated: July 23, 2013

| | |
|---|---|
| s/ Heather Kolbus </br> Daniel A. Edelman </br> Heather Kolbus </br> EDELMAN, COMBS, LATTURNER </br> & GOODWIN, LLC </br> 120 S. LaSalle Street, 18th Floor </br> Chicago, IL 60603 </br> (312) 739-4200 </br> (312) 419-0379 (FAX) | s/ Erin A. Walsh (w/ permission) </br> Eric L. Samore </br> Erin A. Walsh </br> SMITHAMUNDSEN, LLC </br> 150 N. Michigan Ave., Ste. 3300 </br> Chicago, IL 60601 </br> (312) 894-3200 </br> (312) 894-3210 (FAX) |

## CERTIFICATE OF SERVICE

       I, Heather Kolbus, certify that on July 23, 2013, I caused the foregoing document to be filed via the Court's CM/ECF system, which will send notice of such filing to the following:

Eric L. Samore       esamore@osalaw.com
Erin A. Walsh       ewalsh@salawus.com


       s/ Heather Kolbus
       Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)